**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**MONROE DIVISION**

| | |
|---|---|
| **CLARENCE BOLDEN #319449** | **CASE NO. 3:22-CV-06070 SEC P** |
| **VERSUS** | **JUDGE TERRY A. DOUGHTY** |
| **KEVIN WYLES ET AL** | **MAG. JUDGE KAYLA D. MCCLUSKY** |

**J U D G M E N T**

The Report and Recommendation [Doc. No. 4] of the Magistrate Judge having been considered, no objections thereto having been filed, and finding that same is supported by the law and the record in this matter,

**IT IS ORDERED, ADJUDGED, AND DECREED** that Plaintiff Clarence Bolden's Motion [Doc. No. 1], which the Court construes to be a motion for temporary restraining order, a preliminary injunction, or both, is **DENIED** as moot.

MONROE, LOUISIANA, this 17th day of January 2023.

Terry A. Doughty
United States District Judge