# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA
## MONROE DIVISION

| | |
|---|---|
| **CLARENCE BOLDEN** | **CIVIL ACTION NO. 22-6070** |
| | **SECTION P** |
| **VS.** | |
| | **JUDGE TERRY A. DOUGHTY** |
| **KEVIN WYLES, ET AL.** | **MAG. JUDGE KAYLA D. MCCLUSKY** |

## JUDGMENT

The Report and Recommendation of the Magistrate Judge [Doc. No. 17] having been considered, no objections thereto having been filed, and finding that same is supported by the law and the record in this matter,

**IT IS ORDERED, ADJUDGED, AND DECREED** that Plaintiff Clarence Bolden's pleadings are **DISMISSED WITHOUT PREJUDICE**.

MONROE, LOUISIANA, this 21st day of June 2023.

_____
TERRY A. DOUGHTY
UNITED STATES DISTRICT JUDGE